UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL ANTHONY
AZIZANOVICCHI, on behalf of himself
and those similarly situated,

    Plaintiff,

vs.    Case No. 8:08-cv-1052-T-27MAP

ACE CASH EXPRESS, INC.,
a Texas corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the parties' Joint Stipulation for Dismissal with Prejudice (Dkt. 14). In accordance with the Stipulation, it is **ORDERED AND ADJUDGED** that this cause is **DISMISSED WITH PREJUDICE** and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 18th day of June, 2009.

    JAMES D. WHITTEMORE
    United States District Judge

Copies to:
Counsel of Record